IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON MICHAEL JUDD,                                         CIV S-02-1083 DFL DAD P

                              Petitioner,              **ORDER**

        vs.

A.K. SCRIBNER, Warden,

                              Respondent.

_____/

          Good cause appearing, IT IS HEREBY ORDERED THAT:

          1.  Respondent's October 20, 2005 amended request for enlargement of time to file responsive pleading is granted; and

          2.  Respondent's response to Petitioner's Petition for Writ of Habeas Corpus shall be filed on or before November 12, 2005.

DATED: October 24, 2005.

                                            _____
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

/judd1083.ext