IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JASON MICHAEL JUDD,**                          CIV S-02-1083 DFL DAD P

                Petitioner,             **ORDER**

    vs.

**A.K. SCRIBNER, Warden,**

                Respondent.

_____/

    Good cause appearing, IT IS HEREBY ORDERED THAT:

    1. Respondent's November 9, 2005 request for a second enlargement of time to file a responsive pleading is granted; and

    2. Respondent's response to Petitioner's Petition for Writ of Habeas Corpus shall be filed on or before December 12, 2005.

DATED: November 9, 2005.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

/judd1083.ext2